172 So.2d 702

**Mrs. Camille STUGEST, Widow of
Frank Stugest,**

**v.**

**METROPOLITAN LIFE INSURANCE
COMPANY.**

No. 47664.

March 29, 1965.

In re: Mrs. Camille Stugest, widow of Frank Stugest, applying for certiorari, or

writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 170 So. 2d 903.

Granted. (See Frugé v. Woodmen of World Life Ins. Soc., La.App., 170 So.2d 539.)